IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NASHIBKUMA PATEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 1:14-cv-664-GBL-TRJ |
| 7-ELEVEN, INC. a wholly-owned subsidiary of SEVEN AND I HOLDINGS CO., LTD., | ) ) ) ) |
| Defendant. | ) ) |

### ORDER

THIS MATTER is before the Court on Defendant 7-Eleven's Motion to Dismiss the Amended Complaint of Nashibkuma Patel (Doc. 29). For the reasons stated in open court on November 14, 2014, it is hereby

**ORDERED** that Defendant 7-Eleven's Motion to Dismiss the Amended Complaint of Nashibkuma Patel (Doc. 29) is **GRANTED**; it is further

**ORDERED** that Plaintiff's oral Motion to File a Second Amended Complaint is **DENIED**; and it is further

**ORDERED** that the Clerk of Court close this matter.

**IT IS SO ORDERED**.

ENTERED this ___ day of November, 2014.

Alexandria, Virginia
11 / / 2014

_____/s/_____
Gerald Bruce Lee
United States District Judge